UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br>AL-PENYO BROOKS,              )<br>                              )<br>        Defendant.            )<br>_____) | CASE NO. MJ20-703<br><br>DETENTION ORDER |

<u>Offense charged</u>:     Sex Trafficking of a Juvenile

<u>Date of Detention Hearing</u>:    November 4, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.  Defendant has a lengthy criminal record that includes failures to appear, pending

DETENTION ORDER
PAGE -1

...

charges, outstanding warrants, criminal activity while under supervision, unemployment and unstable residential history.  He does not have an appropriate release address, given the presence of small children in that residence and related safety concerns given the nature of the charges.   For these reasons, he poses a risk of nonappearance.

2. Defendant poses a risk of danger based on the nature and circumstances of the offense, prior arrests and convictions, and safety concerns related to the alleged victim..

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DETENTION ORDER
PAGE -2

DATED this 4th day of November, 2020.

*Mary Alice Theiler* (signature)
Mary Alice Theiler
United States Magistrate Judge