The Honorable James L. Robart

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10

UNITED STATES OF AMERICA,

11                                    Plaintiff,
12                        v.
13
AL-PENYO BROOKS,
14
                                    Defendant.
15

NO. CR20-193 JLR

ORDER CONTINUING
TRIAL DATE

16
17        THIS COURT having considered the government's unopposed Motion to Continue

18  Trial Date and Pretrial Motions Deadline, and based on the facts set forth therein, and

19  General Orders 01-20 through 15-20 of the United States District Court for the Western

20  District of Washington addressing measures to reduce the spread and health risks from

21  COVID-19, which is incorporated herein by reference, the Court hereby FINDS as follows:

22        1.      At this critical juncture in which the number of cases and hospitalizations has

23  skyrocketed both locally and nationally, creating a significant health risk for gatherings, and

24  given the facts set forth in the parties' motion, the Court hereby finds that it is not possible to

25  proceed with a jury trial in this matter on January 19, 2021.  Limiting the size and frequency

26  of gatherings remains critical to preventing serious illness and death from COVID-19.  The

27  continuing public health situation resulting from the pandemic also limits the availability and

28  ability of witnesses, counsel, and Court staff to be present in the courtroom.

2.      Further, because of the recommendations that individuals at higher risk of contracting this disease – including individuals with underlying health conditions, individuals age 60 and older, and individuals who are pregnant – avoid large groups of people, at this time, it would be difficult, if not impossible, to get a jury pool that would represent a fair cross section of the community.  Based on the recommendations, it would also be medically inadvisable to do so.

IT IS THEREFORE ORDERED that the parties will appear before the Court for a status conference on January 4, 2021 at 11:00 a.m. to discuss the a new trial date and corresponding pre-trial motions deadline in this matter.

Dated this 14th day of December, 2020.


JAMES L. ROBART
United States District Judge