UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>AL-PENYO BROOKS,<br><br>                    Defendant. | CASE NO. CR20-0193JLR<br><br>ORDER |

Before the court is Defendant Al-Penyo Brooks's motion to dismiss.  (Mot. (Dkt. # 29).)  Mr. Brooks is represented by counsel.  (*See* Dkt.)  As such, Mr. Brooks may not file a *pro se* motion unless he complies with the requirements of Local Civil Rule 83.2(b)(5).  *See* Local Rules W.D. Wash. LCrR 1(a) (adopting Local Civil Rule 83.2(b) for criminal proceedings); Local Rules W.D. Wash. LCR 83.2(b)(5) (requiring a represented party that seeks to appear or act *pro se* to "request[] by motion to proceed on his or her own behalf, certif[y] in the motion that he or she has provided copies of the motion to his or her current counsel and to the opposing party, and [receive from the

ORDER - 1

1 court] an order of substitution by the court terminating the party's attorney"); *see also*

2 *United States v. Halbert*, 640 F.2d 1000, 1009 (9th Cir. 1981) ("A criminal defendant

3 does not have an absolute right to both self-representation and the assistance of

4 counsel. . . . Whether to allow hybrid representation remains within the sound discretion

5 of the trial judge."); *United States v. Durden*, 673 F. Supp. 308, 309 (N.D. Ind. 1987)

6 (citing *Halbert*, 640 F.2d at 1009) (exercising the discretion to decline to consider a

7 represented criminal defendant's *pro se* motion).  The court directs Mr. Brooks to contact

8 his counsel to discuss his current situation and the relief he requests.

9     Because Mr. Brooks improperly filed his motion *pro se*, the court STRIKES the

10 motion to dismiss (Dkt. # 29) from the docket.

11     Dated this 18th day of February, 2021.

The Honorable James L. Robart
U.S District Court Judge

ORDER - 2