Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>AL-PENYO BROOKS,<br><br>   Defendant. | No. CR 20 – 193 JLR<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING |

DEFENDANT's motion to continue the sentencing hearing came on for hearing, and, being fully advised, the Court GRANTS the motion;

IT IS THEREFORE ORDERED: The sentencing hearing in this matter is continued to: November 9, 2021 at 10:00 a.m.

DATED August 3, 2021.

_____
Hon. James L. Robart
United States District Court Judge